THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE

HOLISTIC DENTAL PRODUCTS, LLC, a Pennsylvania limited liability company,

Plaintiff,

v.

CECILLE NGUYEN, LLC, a Washington limited liability company.

Defendant.

Case No. 2:21–cv–00543–MJP

ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO ALLOW SERVICE BY MAIL

The Court, having fully considered all relevant documents, authorities, and evidence presented by Plaintiff, and good cause having been shown:

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Allow Service by Mail is GRANTED;

2. Pursuant to Fed. R. Civ. P. 4(h)(1)(A) and RCW 23.95.450, Plaintiff may serve Defendant by registered or certified mail, return receipt requested, or by similar commercial delivery service, addressed to Defendant at Defendant's principal office, as shown in Defendant's Initial Report, filed by the Secretary of State on August 4, 2020.

DATED this 6th day of July, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING EX PARTE MOTION
TO ALLOW SERVICE BY MAIL - 1
Case No. 2:21-cv-543-MJP

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Presented By:

K&L Gates LLP

By s/ Christopher M. Wyant
    Christopher M. Wyant, WSBA # 35561
    Ryan Hebert, WSBA # 51294
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Email   christopher.wyant@klgates.com
        ryan.hebert@klgates.com

Attorneys for Plaintiff

ORDER GRANTING EX PARTE MOTION
TO ALLOW SERVICE BY MAIL - 2
Case No. 2:21-cv-543-MJP