THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLISTIC DENTAL PRODUCTS, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CECILLE NGUYEN, LLC, a Washington limited liability company.<br><br>Defendant. | Case No. 2:21–cv–00543–MJP<br><br>**ORDER GRANTING HOLISTIC DENTAL PRODUCTS, LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

This matter is before the Court on Plaintiff Holistic Dental Products, LLC's motion for default judgment against Defendant Cecille Nguyen, LLC. Having considered the motion, the attached declaration of Luis Rivera, the default entered by the Court on file herein, the complaint, and all other relevant papers and pleadings on file with the court in this matter IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff's motion for default judgment is GRANTED;

2. Judgment shall be entered against Defendant Cecille Nguyen, LLC as follows:

   a. Principal amount: $574,921.00

   b. Prejudgment Interest (4/13/21-8/24/21): $25,139.05

   c. Costs: $602

   **TOTAL:** **$600,662.05**

ENTRY OF DEFAULT - 1
Case No. 2:21–cv–00543–MJP

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

3.	Post-Judgment Interest is assessed at 12% per annum and will begin to accrue on the principal amount due beginning on the date judgment is entered.

DATED this 27th day of August, 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk

Presented by:

K&L GATES LLP

By: *s/ Ryan Hebert*
Christopher M. Wyant, WSBA #35561
Ryan Hebert, WSBA # 51294
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail: chris.wyant@klgates.com
          ryan.hebert@klgates.com

Attorneys for Plaintiff

ENTRY OF DEFAULT - 2
Case No. 2:21–cv–00543–MJP

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022